# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-25-00983-CR

---

**Gabriel Sanchez, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE COUNTY COURT AT LAW NO. 5 OF WILLIAMSON COUNTY
### NO. 25-05182-5, THE HONORABLE WILL WARD, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Gabriel Sanchez filed a pro se appeal challenging the trial court's judgment finding him guilty of speeding. *See* Tex. Transp. Code § 545.351. On April 7, 2026, the clerk of this Court informed Sanchez by letter that no clerk's record had been filed due to his failure to pay or arrange to pay the trial clerk's fee for preparing the clerk's record. The notice requested that he provide written verification by April 17, 206, that he had paid for the clerk's record, made payment arrangements for the record, or had been deemed indigent. Further, the notice advised him that his failure to comply with this request could result in the dismissal of the appeal for want of prosecution. He subsequently requested that the appellate deadlines be stayed pending resolution of a related mandamus proceeding before the Supreme Court. The appellate deadlines were stayed, but the case was reinstated when the Supreme Court denied his mandamus petition. *See In re Sanchez*, No. 26-0169 (Tex. 2026) (orig. proceeding). Following reinstatement, the clerk of this Court sent Sanchez another notice informing him that no clerk's record had been

filed and requesting written verification by July 13, 2026, that he had paid for the clerk's record, made payment arrangements for the record, or had been deemed indigent. To date, Sanchez has not complied with the requirements set out above, and the clerk's record has not been filed.

If a trial-court clerk fails to file the clerk's record due to an appellant's failure to pay or arrange to pay for the clerk's fee for preparing the record, the appellate court may dismiss the appeal for want of prosecution unless the appellant was entitled to proceed without payment of costs. Tex. R. App. P. 37.3(b). In this case, Sanchez has not established that he is entitled to the appellate record without payment of costs. *See id.* R. 20.2. Because he has failed to pay or arrange to pay the clerk's fee for preparing the clerk's record, this appeal is dismissed for want of prosecution. *See id.* R. 37.3(b); *Travis v. State*, No. 03-13-00791-CR, 2014 WL 2154094, at *1 (Tex. App.—Austin May 15, 2015, no pet.) (mem. op., not designated for publication).

_____

Karin Crump, Justice

Before Justices Triana, Crump, and Ellis

Dismissed for Want of Prosecution

Filed: July 17, 2026

Do Not Publish

2